904

No. 77–220. Fairfax Auto Parts, Inc., et al. v. Commissioner of Internal Revenue. C. A. 4th Cir. Certiorari denied.

No. 77–228. Keyes v. Lenoir Rhyne College et al. C. A. 4th Cir. Certiorari denied.

No. 77–260. Naegele et al., Trustees v. United States. C. A. 8th Cir. Certiorari denied.

No. 77–299. Chicago & North Western Transportation Co. v. Brandt Elevator, Inc., et al. Sup. Ct. Iowa. Certiorari denied.

No. 77–304. Richter, dba Body Shop v. Rice, Director, Department of Alcoholic Beverage Control, et al. Ct. App. Cal., 4th App. Dist. Certiorari denied.

No. 77–323. Anderson et ux. v. City of DeKalb et al. App. Ct. Ill., 2d Dist. Certiorari denied.

No. 77–325. Nashville Gas Co. v. Tennessee Public Service Commission et al. Sup. Ct. Tenn. Certiorari denied.

No. 77–330. Columbia Research Corp. et al. v. California. Ct. App. Cal., 1st App. Dist. Certiorari denied.

No. 77–347. Nolan v. United States. C. A. 10th Cir. Certiorari denied.

No. 77–355. Bernstein v. Florida; and Brophy v. New Hampshire et al. C. A. 2d Cir. Certiorari denied.